IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED-CLERK
U.S. DISTRICT COURT
2007 NOV 13 PM 2: 14
TEXAS-EASTERN
BY

| | |
|---|---|
| NAOMI R. JOHNSON, | § |
| | § |
| Plaintiff, | § |
| | § CASE NO. 4:06cv403 |
| v. | § |
| | § |
| AT&T, INC., AT&T SERVICES, INC., | § |
| SBC INTERNET SERVICES, INC., | § |
| INTERNET SERVICES, INC. and | § |
| SBC COMMUNICATIONS, INC., | § |
| | § |
| Defendants. | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 22, 2007, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's case be dismissed with prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Defendant's Motion for Summary Judgment (Dkt. 17) is GRANTED.

**IT IS SO ORDERED.**

SIGNED this 12th day of November, 2007.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE